624

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Bristol* for petitioners. *Messrs. Oscar W. Jeffery* and *Morris Hirsch* for respondent.

No. 482. BINGHAM LAND CO. *v.* CENTRAL MAINE POWER CO. See *ante,* p. 543.

No. 392. CLARKE ET AL. *v.* HOT SPRINGS ELECTRIC LIGHT & POWER CO. ET AL. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. C. Dickerman Williams* for petitioners. *Mr. E. E. Enterline* for respondents.

No. 402. JENNY WREN CO. *v.* SYKES ET AL. October 21, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Paul M. Segal* for petitioner. *Solicitor General Reed* and *Messrs. M. S. Huberman, A. H. Feller,* and *Hampson Gary* for respondents.

No. 405. UNITED STATES EX REL. CHRISTMAS ET AL. *v.* ASBURY PARK ET AL. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur T. Vanderbilt* and *David M. Wood* for petitioners. *Messrs. William A. Stevens* and *E. J. Dimock* for respondents.

No. 407. RIVERSIDE & DAN RIVER COTTON MILLS, INC. *v.* UNITED STATES. October 21, 1935. Petition for